1  Richard A. Stavin, Esq. - SBN 139403
   Stavin & Associates
2  21031 Ventura Boulevard, 12th Floor
   Woodland Hills, California 9364
3  Tel.: (818) 348-8464; Fax (818) 348-8465
   richard@stavinlaw.com
4                                                        JS - 6

5

6              UNITED STATES DISTRICT COURT

7          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

8

9  PROGRESSIVE CASUALTY )   CASE NO. CV 08-1396 R (RZx)
   INSURANCE COMPANY,    )
10                       )
              Plaintiff, )
11                       )
        vs.              )   **JUDGMENT**
12                       )
   PETER AKARAGIAN and DOES 1 )
13 through 10, inclusive,)
                         )
14            Defendants.)
                         )
15 _____)
                         )
16 AND RELATED COUNTER-CLAIM )
   _____)
17
        This action came on for hearing before the Court, May 4, 2009, Hon. Manuel
18
   L. Real, District Judge Presiding, on cross Motions for Summary Judgment filed by
19
   Plaintiff Progressive Casualty Insurance Company and Defendant Peter Akaragian,
20
   and the evidence presented having been fully considered, the issues having been duly
21
   heard and a decision having been duly rendered,
22
        **IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of
23
   Plaintiff Progressive Casualty Insurance Company, that Defendant Peter Akaragian
24
   take nothing and that his Counter-Claim be dismissed with prejudice as being moot,
25
   and that Progressive Casualty Insurance Company recover its costs.
26

27 Dated:  __May 5, 2009___        _____
                                         Hon. Manuel L. Real
28                                     United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above forgoing document has been served on May 4, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Richard A. Stavin
rich@stavinlaw.com

Attorneys for Plaintiff and Counter-Defendant
Progressive Casualty Insurance Company